UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY CLARK,<br><br>          Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC., et al.,<br><br>          Defendants. | No. 2:17-cv-02509-TLN-GGH<br><br><br><br>ORDER |

The parties to this action have stipulated to extend defendant's time to respond to the Complaint from December 25, 2017 to January 25, 2018. The court, having reviewed the stipulation and finding good cause for the extension HEREBY ORDERS that:

Defendants shall file its response to the Complaint on or before January 25, 2018.

Dated: December 15, 2017

                                         /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE